LAW OFFICES OF VINCENT C. SCOCA
395 Franklin Street – PO Box 1649
Bloomfield, New Jersey 07003
(973) 680-8949
Attorney for Defendant

UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 08-327 (SRC)

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action 08-327 |
| vs. | Hon. Stanley R. Chesler, U.S.D.J. |
| CHARLES MUCCIGROSSO | CONSENT ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant(s) | |

**THIS MATTER** having been opened to the Court by Vincent C. Scoca, attorney for Charles Muccigrosso, upon application for an Order modifying the Order for Conditions of Release by removing the twenty-four-hour house arrest with electronic monitoring provision; and to allow the defendant, Charles Muccigrosso to travel to and from Maryland for the purpose of receiving medical treatment, and it appearing to the Court that Ronald D. Wigler, Assistant United States Attorney, and Steve Casale, Pretrial Services Officer, have consented to the application of the Defendant, and to the form and entry of the within Order;

**NOW THEREFORE**, it is on this 27 day of May, 2009

**ORDERED**, that the Original Order Setting Conditions of Release is hereby modified to remove the twenty-four-hour house arrest with electronic monitoring provision; and to allow travel to and from Maryland for the purpose of receiving medical treatment.

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. Stanley R. Chesler, U.S.D.J.

I hereby consent to the Form and
Entry of this Order

_____
Ronald D. Wigler, AUSA