UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 08-327 (SRC) |
| | : | |
| v. | : | Hon. Stanley R. Chesler |
| | : | |
| ANDREW MEROLA et al. | : | **ORDER OF DISMISSAL** |

This matter having come before the Court on the motion of the United States Attorney for the District of New Jersey Paul J. Fishman (Assistant U.S. Attorney Bohdan Vitvitsky, appearing) to dismiss the prosecution against defendant Charles Muccigrosso due to his death on February 28, 2010; and

The Court having considered the motion and the death certificate attached thereto;

IT IS NOW ORDERED on this _____ day of March, 2010 that the prosecution against Charles Muccigrosso is hereby dismissed with prejudice.

STANLEY R. CHESLER
United States District Judge